B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Conyers Equipment Leasing LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Softee Supreme, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**30-0442895** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2047 Gees Mill Rd. #217**<br>**Conyers, GA**<br>ZIP Code **30013** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rockdale** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Conyers Equipment Leasing LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Conyers Equipment Leasing LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  **/s/ G. Frank Nason, IV**<br>Signature of Attorney for Debtor(s)<br><br>**G. Frank Nason, IV  535160**<br>Printed Name of Attorney for Debtor(s)<br><br>**Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**<br>Firm Name<br><br>**3343 Peachtree Road, N.E.**<br>**Ste. 550**<br>**Atlanta, GA 30326**<br>Address<br><br>**404-262-7373  Fax: 404-262-9911**<br>Telephone Number<br><br>**April  1, 2011**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Collin Brown, III**<br>Signature of Authorized Individual<br><br>**Collin Brown, III**<br>Printed Name of Authorized Individual<br><br>**Managing member**<br>Title of Authorized Individual<br><br>**April  1, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

## CERTIFIED COPY OF RESOLUTIONS ADOPTED
## BY THE MEMBERS OF CONYERS EQUIPMENT LEASING LLC

I, Collin Brown III, managing member of Conyers Equipment Leasing LLC (the "Company"), do hereby certify that the following resolutions were adopted by the members of the Company at a meeting duly called and held on March 31, 2011, and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia be, and it hereby is, approved;

FURTHER RESOLVED, that the managing member is authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that the managing member of the Company be, and hereby is, authorized and directed to retain on behalf of the Company the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., to render legal services to, and to represent, the Company in connection with such bankruptcy proceedings and other related matters in connection therewith, on such terms as such member or members shall approve;

FURTHER RESOLVED, that the managing member of the Company be, and hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the managing member of the Company in connection with the bankruptcy proceedings of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 31 day of March, 2011.

CONYERS EQUIPMENT LEASING LLC

By: _____
Collin Brown III, Managing member

342906.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   **Conyers Equipment Leasing LLC**          Case No.
                      Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Material Sales & Sourcing**<br>3615 Tradition Dr<br>Gainesville, GA 30506 | **Material Sales & Sourcing**<br>3615 Tradition Dr<br>Gainesville, GA 30506 | **Business vendor** | | 253,938.40 |
| **Bostik Findley, Inc.**<br>22838 Network Pl<br>Chicago, IL 60673-1227 | **Amy Meir/Renee Alex**<br>**Bostik Findley, Inc.**<br>22838 Network Pl<br>Chicago, IL 60673-1227<br>414/774-2250; 414/774-8075(f) | **Business vendor** | | 149,120.17 |
| **Zappa-Tec**<br>828 Knox Rd<br>McLeansville, NC 27301 | **Clint Barefoot**<br>**Zappa-Tec**<br>828 Knox Rd<br>McLeansville, NC 27301<br>336/279-1009;336/346-1038(f) | **Business vendor** | | 124,490.00 |
| **Innerworkings**<br>20 North Wacker Dr #1000<br>Chicago, IL 60606 | **Innerworkings**<br>20 North Wacker Dr #1000<br>Chicago, IL 60606 | **Business vendor** | | 80,684.28 |
| **VHIC**<br>2274 Salem Rd<br>Conyers, GA 30013 | **VHIC**<br>2274 Salem Rd<br>Conyers, GA 30013 | **Business vendor** | | 74,000.00 |
| **Woodbridge Foam Fabricating**<br>PO Box 8500 (S6460)<br>Phildelphia, PA 19178 | **Debbie Foster**<br>**Woodbridge Foam Fabricating**<br>PO Box 8500 (S6460)<br>Phildelphia, PA 19178<br>423/622-8326;423/622-8219(f) | **Business vendor** | | 41,560.59 |
| **H.B. Fuller**<br>PO Box 905326<br>Charlotte, NC 28290 | **Corey Keith**<br>**H.B. Fuller**<br>PO Box 905326<br>Charlotte, NC 28290<br>888/351-3523;800/528-6079(f) | **Business vendor** | | 34,161.22 |
| **Radicispandex**<br>3145 Northwest Blvd<br>Gastonia, NC 28052 | **Susan Hogue**<br>**Radicispandex**<br>3145 Northwest Blvd<br>Gastonia, NC 28052<br>704/864-5495;704/836-3143(f) | **Business vendor** | | 29,801.43 |
| **KTS Logistics**<br>320 Elaine Dr<br>Swainsboro, GA 30401 | **KTS Logistics**<br>320 Elaine Dr<br>Swainsboro, GA 30401 | **Business vendor** | | 29,000.00 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Conyers Equipment Leasing LLC**          Case No. _____
                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AICCO, Inc.<br>PO Box 200455<br>Dallas, TX 75320-0455 | AICCO, Inc.<br>PO Box 200455<br>Dallas, TX 75320-0455 | Business vendor | | 20,038.16 |
| AEP INC<br>PO Box 8500-50590<br>Philadelphia, PA 19178 | Emily Knight<br>AEP INC<br>PO Box 8500-50590<br>Philadelphia, PA 19178<br>knighte@aepinc.com;201/994-2955(f) | Business vendor | | 15,482.21 |
| Filmtech<br>2121 31 St<br>Allentown, PA 18103 | Ralph Jiorle<br>Filmtech<br>2121 31 St<br>Allentown, PA 18103<br>610/730-3582;610/709-69990(f) | Business vendor | | 14,346.65 |
| AccuSentry<br>605 Franklin Rd<br>Marietta, GA 30067 | Wei Siong Tan<br>AccuSentry<br>605 Franklin Rd<br>Marietta, GA 30067<br>770/850-1705(f); tan@accusentry.com | Business vendor | | 11,856.38 |
| Fredman Bag<br>PO Box 549<br>Kenosha, WI 53141 | Frank Crivello<br>Fredman Bag<br>PO Box 549<br>Kenosha, WI 53141<br>414/462-9400;414/462-9409(f) | Business vendor | | 10,185.70 |
| Clear View Bag Co Inc<br>5 Burdick Dr<br>Albany, NY 12205 | Trent Romer<br>Clear View Bag Co Inc<br>5 Burdick Dr<br>Albany, NY 12205<br>trentromer@clearviewbag.com | Business vendor | | 9,318.50 |
| Damco<br>PO Box 885<br>Madison, NJ 07940-0880 | PO Box 885<br>Madison, NJ 07940-0880<br>973/514-5133;973/514-5088(f) | Business vendor | | 7,910.00 |
| TranSource LLC<br>319 Garlington Rd #B6<br>Greenville, SC 29615 | TranSource LLC<br>319 Garlington Rd #B6<br>Greenville, SC 29615 | Business vendor | | 6,519.51 |
| Skylark Logistics Inc<br>#60 Havelock Dr<br>Brampton, Ontario L6W4B1<br>CANADA | Skylark Logistics Inc<br>#60 Havelock Dr<br>Brampton, Ontario L6W4B1<br>CANADA<br>877/595-2755; 905/796-0607(f) | Business vendor | | 6,300.00 |
| The Hartford<br>400 Exective Blvd<br>Southington, CT 06489 | The Hartford<br>400 Exective Blvd<br>Southington, CT 06489 | Business vendor | | 6,089.00 |
| Intertape Polymer<br>3647 Cortez Rd W<br>Bradenton, FL 34210 | Intertape Polymer<br>3647 Cortez Rd W<br>Bradenton, FL 34210 | Business vendor | | 5,865.60 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Conyers Equipment Leasing LLC**                                                                 Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 1, 2011**                     Signature  **/s/ Collin Brown, III**
                                                       **Collin Brown, III**
                                                       **Managing member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re   **Conyers Equipment Leasing LLC**                                                    Case No.
                                    Debtor(s)                                                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 1, 2011**                            **/s/ Collin Brown, III**
                                                     **Collin Brown, III**/**Managing member**
                                                     Signer/Title

AccuSentry
605 Franklin Rd
Marietta, GA 30067


AEP INC
PO Box 8500-50590
Philadelphia, PA 19178


AICCO, Inc.
PO Box 200455
Dallas, TX 75320-0455


Airgas
3424 Miller Rd
Chamblee, GA 30341


Attorney General of Georgia
132 State Judicial Bldg
Atlanta, GA 30334


Bostik Findley, Inc.
22838 Network Pl
Chicago, IL 60673-1227


Brooks F. Bossong
Nexsen Pruet, PLLC
701 Green Valley Rd #100
Greensboro, NC 27408


Carolina Container
909 Prospect St
High Point, NC 27261


Clear View Bag Co Inc
5 Burdick Dr
Albany, NY 12205

```
Collin Brown, III
384-4 16th St
Atlanta, GA 30363



Confederate Packaging
PO Box 934035
Atlanta, GA 31193-4035



Damco
PO Box 885
Madison, NJ 07940-0880



Filmtech
2121 31 St
Allentown, PA 18103



Foamex, Inc
13 Manor Rd
East Rutherford, NJ 07073



Fredman Bag
PO Box 549
Kenosha, WI 53141



GE Capital
901 Main Ave
Norwalk, CT 06851-1168



Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321



H.B. Fuller
PO Box 905326
Charlotte, NC 28290
```

```
IFS Industries
400 Orrton Ave
Reading, PA 19611



Industrial Packaging Corporation
300 Villanovea Dr. SW
Atlanta, GA 30336



Innerworkings
20 North Wacker Dr #1000
Chicago, IL 60606



InStream
PO Box 282066
Nashville, TN 37228



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Intertape Polymer
3647 Cortez Rd W
Bradenton, FL 34210



KTS Logistics
320 Elaine Dr
Swainsboro, GA 30401



Mantek Inc
1507 South Central Ave
Kent, WA 98032



Material Sales & Sourcing
3615 Tradition Dr
Gainesville, GA 30506
```

```
Pak & Associates
10 Bellamy Pl
Stockbridge, GA 30281



Poly First
2261 Innovation Way
Hartford, WI 53027



Quality Adhesives
PO Box 18445
Memphis, TN 38181-0445



Radicispandex
3145 Northwest Blvd
Gastonia, NC 28052



Skylark Logistics Inc
#60 Havelock Dr
Brampton, Ontario L6W4B1
CANADA



Tactical Sourcing
387 Vista Lake Dr
Suwane, GA 30024



The Hartford
400 Exective Blvd
Southington, CT 06489



TranSource LLC
319 Garlington Rd #B6
Greenville, SC 29615



U.S. Atty/Civil Process Clerk
600 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303
```

Unlimited Freight Consultants
6800 NW 82nd Ave
Miami, FL 33166


VHIC
2274 Salem Rd
Conyers, GA 30013


Woodbridge Foam Fabricating
PO Box 8500 (S6460)
Phildelphia, PA 19178


Zappa-Tec
828 Knox Rd
McLeansville, NC 27301